**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In re.: | Case No.: 24-12069-KHK |
| AMERINVEST, LLC | Chapter 11 |
| Debtor. | |

**ORDER GRANTING MOTION TO DISMISS CASE**

Upon consideration of the Motion of APSEC Resolution, LLC ("APSEC") to Dismiss ("Motion") the chapter 11 bankruptcy case of Amerinvest, LLC ("Debtor"), it appearing that proper notice has been given of the Motion, the Court having considered any response to the Motion, all matters before the Court and the entire record of the case, and it appearing that cause exists for granting the Motion, it is hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the instant case is **DISMISSED**; and it is further

**ORDERED**, that the dismissal is with prejudice such that if the Debtor files for bankruptcy in the one-hundred and eighty (180) days following entry of this Order the automatic stay shall have no effect as it relates to APSEC and its ability to enforce its rights, including without limitation any right to foreclose on any real property of the Debtor; and it is further

**ORDERED**, that the automatic stay imposed by 11 U.S.C. §362(a) is terminated; and it is further

**ORDERED**, that this Order shall be effective immediately upon entry, and any stay, including under Rule 4001, is waived; and it is further

**ORDERED**, that any request for compensation shall be filed within fourteen (14) days of the entry of this Order.

Dated: _____, 2025

Alexandria, Virginia

    May 16 2025

   /s/ Klinette H Kindred

_____
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

  Entered On Docket: May 19 2025

**WE ASK FOR THIS:**

**APSEC RESOLUTION, LLC**

*/s/ John T. Farnum*
John T. Farnum, Va. Bar No. 74075
MILES & STOCKBRIDGE, PC
1201 Pennsylvania Avenue, Suite 900
Washington, DC 20004
T/F: 202.465.8385

*Counsel to APSEC Resolution, LLC*

**SEEN:**

**SUBCHAPTER V TRUSTEE**

[*waived – matter no longer designated Subchapter V*]

_____
Stephen Metz, as Trustee
Offi Kurman
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814

**SEEN AND OBJECTED TO:**

**AMERINVEST, LLC**[1]

_____
David C. Jones, Jr.
David C. Jones, Jr., P.C.
10617 Jones Street, Ste 301-A
Fairfax, VA 22030
T: 703-273-7350
gavidcjonesjr@gmail.com

*Attorney for the Debtor*

**SEEN:**

**OFFICE OF THE US TRUSTEE**

*/s/ Kristen S. Eustis* (by J. Farnum with email permission at 10:45 am on 05.15.25)
Kristen S. Eustis, Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

---

[1] Served with Proposed Order as part of original Motion followed by email service on May 15, 2025 at 10:26 am by J. Farnum. Signature authority not obtained by J. Farnum prior to uploading proposed Order for entry.

2

4918-0616-3254

**CERTIFICATION**

      This Order was served by email on all necessary parties pursuant to Local Rule 9022-1(C), including by email on all parties whose signature blocks are set forth above by email on May 15, 2025.  A substantially similar order was served with the underlying motion.

      */s/ John T. Farnum*
        John T. Farnum

**\*END OF ORDER\***

4918-0616-3254